1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | GEN-PROBE INCORPORATED, | CASE NO. 10-CV-00602 BEN (NLS) |
|---|---|---|
| 12 | Plaintiff, | **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| 13 | v. | |
| 14 | BECTON, DICKINSON AND COMPANY, | **DISCOVERY MATTER** |
| 15 | Defendant. | |
| 16 | AND RELATED COUNTERCLAIMS | |

17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Minute Entry for proceedings held before Magistrate Judge Nita L.
2    Stormes regarding the Early Neutral Evaluation Conference, issued June 8, 2010 (Dkt No. 18),
3    Plaintiff Gen-Probe Incorporated ("Gen-Probe") and Defendant Becton, Dickinson and Company
4    ("BD"), hereby jointly move the Court to enter the protective order submitted concurrently
5    herewith.

6    As discussed at the Early Neutral Evaluation Conference held on June 8, 2010, this action
7    relates to the co-pending action, Case No. 09-CV-2319 BEN (NLS), in which the Court has
8    already entered a protective order ('2319 action, Dkt. No. 44).  Concurrently with this joint
9    motion, the parties are filing a separate joint motion to consolidate this action with the '2319
10   action.  The proposed protective order submitted herewith is substantively identical to the
11   protective order already entered in the '2319 action and is suitable for entry in this action and/or
12   the proposed consolidated action.

13

14                                         Respectfully submitted,

15   Dated: June 15, 2010                  LATHAM & WATKINS LLP

16
                                           By: s/  Alexander E. Long
17                                              alexander.long@lw.com

18                                              Attorneys for Plaintiff and Counterdefendant
                                                GEN-PROBE INCORPORATED
19

20   Dated: June 15, 2010                  FOLEY HOAG LLP

21
                                           By: s/  Barbara Fiacco
22                                              BAF@foleyhoag.com

23                                              Attorneys for Defendant and
                                                Counterclaimant BECTON, DICKINSON
24                                              AND COMPANY

25

26

27

28

                                                                    CASE NO. 10-CV-00602 BEN (NLS)

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130.

On June 15, 2010, I served the following document described as:

**1.   JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Boris Zelkind, Esq.<br>   boris.zelkind@kmob.com<br>Erik T. Anderson, Esq.<br>   erik.anderson@kmob.com<br>Knobbe, Martens, Olson & Bear LLP<br>550 West C Street, Suite 1200<br>San Diego, CA 92101 | Donald R. Ware, Esq.<br>   dware@foleyhoag.com<br>Barbara A. Fiacco, Esq.<br>   bfiacco@foleyhoag.com<br>Brian C. Carroll, Esq.<br>   bcarroll@foleyhoag.com<br>Foley Hoag LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 15, 2010, at San Diego, California.

                                                                    s/Alexander E. Long